IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACIE BARNES, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-214 |
| | : | |
| v. | : | |
| | : | |
| JOHN BROWN, NORTHAMPTON COUNTY, and LUIS CAMPOS, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 26th day of September, 2016, after considering the defendants' motion for partial summary judgment (Doc. No. 15), the plaintiff's response (Doc. No. 16), the defendants' reply (Doc. No. 17), and the various documents attached to the aforementioned filings; accordingly, and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for partial summary judgment (Doc. No. 15) is **GRANTED**;

2. Judgment is **ENTERED** in favor of the defendants, John Brown, Northampton County, and Luis Campos, and against the plaintiff, Tracie Barnes, on Count I (violations of 42 U.S.C. § 1983) of the amended complaint;

3. The remaining state law causes of action in the amended complaint are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and

4. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.